

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-85,060-01 & WR-85,060-02

**EX PARTE ROGER DALE CARTER, Applicant**

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 09-03-02825-CR & 09-03-02827-CR
### IN THE 359TH DISTRICT COURT FROM MONTGOMERY COUNTY

ALCALA, J., filed a concurring opinion in which JOHNSON and RICHARDSON, JJ., joined.

### CONCURRING OPINION

I respectfully concur in the Court's order that remands this *pro se* habeas application

to the convicting court for further development of the record regarding applicant's complaint

that his sentences were improperly cumulated. I, however, would also instruct the habeas

court to consider applicant's ineffective-assistance-of-counsel claim. For the reasons stated

in my dissenting opinions in *Ex parte Garcia*, No. WR-83,681-01, 2016 WL 1358947 (Tex.

Crim. App. Apr. 6, 2016) (Alcala, J., dissenting) and *Ex parte Honish,* No. WR-79,976-05,

2016 WL 3193384 (Tex. Crim. App. June 8, 2016) (Alcala, J., dissenting), I would remand

this case to the habeas court for the appointment of counsel in the interests of justice and permit counsel to amend applicant's ineffectiveness-claim pleadings. Because this Court remands only applicant's improper-cumulation claim, I respectfully concur.

Filed: June 29, 2016

Do Not Publish